DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MAURICE GODFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-302-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **EXCLUSION OF TIME** |
| ) | |
| MAURICE GODFREY, ) | Date: December 14, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 7, 2007 be rescheduled for December 14, 2007 at 9:00 a.m. with anticipation that there will be a change of plea on that date.

   This continuance is requested as the government is finalizing a written plea agreement to present to the defense.  The government has also indicated that there is additional discovery for the defense to review prior to a change of plea.  This request does not affect Mr.

1  Godfrey's co-defendants.

2     Accordingly, all counsel and the defendant agree that time under
3  the Speedy Trial Act from the date this stipulation is lodged, through
4  December 14, 2007, should be excluded in computing the time within
5  which trial must commence under the Speedy Trial Act, pursuant to Title
6  18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


DATED: December 6, 2007                /s/ RACHELLE BARBOUR
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MAURICE GODFREY


                                       McGREGOR SCOTT
                                       United States Attorney


DATED: December 6, 2007                /s/ RACHELLE BARBOUR
                                       KEN MELIKIAN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


                              **O R D E R**

   **IT IS SO ORDERED.** Time is excluded and the hearing continued on
the dates and upon the grounds set forth above in the interests of
justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 7, 2007
                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

                                   2