

**FILED**

UNITED STATES DISTRICT COURT FOR THE

FEB 1 2 2008

EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                  )
      Plaintiff,         )
                                   )
        v.                   )
*Maurice Godfrey*       )
_____ )
         Defendant.    )

Case No. 07-302-GEB

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _____ Godfrey

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

      _____ Release on Personal Recognizance

      _____ Bail posted in the sum of $_____

      _____ Unsecured Appearance Bond

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

      ✔ (Other) _____ Time Served _____

      _____

This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

      Issued at _____ on _____,

19_____ at _____ a.m./p.m.

Copy 2 – Pre Trial Services

By _____
    United States District Judge or
    ~~United States Magistrate.~~